**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:13-cv-01767-RCJ-GWF |
| vs. | ) ) | **ORDER** |
| MATTHEW A. CATHCART and CHERYLE T. CATHCART, | ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court on Defendants' Motion to Stay Discovery Pending Decision on Defendants' Motion to Dismiss (#19) filed April 1, 2014.  A decision as to Defendants' Motion to Dismiss was filed on April 28, 2014, making this motion moot.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery Pending Decision on Defendants' Motion to Dismiss (#19) is denied as moot and the hearing set for Friday, May 2, 2014 at 10:30 a.m. is vacated.

DATED this 28th day of April, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge