1  **JUDD J. BALMER, ESQ.**
   NEVADA BAR NO. 006212
2  **JUDD J. BALMER, ESQ., LTD.**
   *A Nevada Professional Corporation*
3  1489 W. Warm Springs Rd., Ste. 110
   Henderson, Nevada 89014
4  T:  (702) 642-4200
   F:  (702) 642-4300
5  E:  jbalmer@balmerlawfirm.com
   *Attorneys for Defendants MATTHEW A. CATHCART*
6  *and CHERYLE T. CATHCART*

## UNITED STATES DISTRICT COURT
## DISTRICT NEVADA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, | Case No.: 2:13-cv-01767-RCJ-GWF |
| Plaintiff, | |
| vs. | |
| MATTHEW A. CATHCART, individually; CHERYLE T. CATHCART, individually; and JOHN DOES 1-100, inclusive, and JANE ROES 1-20, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO ENLARGE TIME TO COMPLETE DISCOVERY (SIXTH REQUEST)

The above-captioned parties, by and through their respective counsel of record, agree and stipulate that the discovery deadlines set in the Court's Order dated April 6, 2015, (Dkt. 58) be continued for a period of thirty (30) days, up to and including September 24, 2015, in order for the parties to complete the discovery.

**A.   DISCOVERY COMPLETED TO DATE:**

  1. Plaintiff and Defendants have produced their Initial Lists of Witnesses and Documents, as well as some supplements.

  2. Defendants have been deposed.

  3. Defendants have responded to written discovery propounded by Plaintiffs.

- 1 -

STIPULATION AND ORDER TO ENLARGE TIME TO COMPLETE DISCOVERY (SIXTH REQUEST)

1  **B.    DISCOVERY THAT REMAINS TO BE COMPLETED:**
2      1.    Additional written discovery;
3      2.    Depositions of additional named parties;
4      3.    Depositions of Third-Parties;
5      4.    Depositions of percipient witnesses;
6      5.    Disclosure of expert reports; and
7      6.    Expert witness depositions.

**C.    REASONS REMAINING DISCOVERY WILL NOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE ORDER OF THE COURT DATED APRIL 6, 2015:**

The parties' respective experts require additional time to produce their reports. Additionally, further discovery must be conducted prior to the expert disclosure deadline.

**D.    PROPOSED SCHEDULE FOR DISCOVERY COMPLETION:**

(a)    That the current discovery cut-off date of August 24, 2015, shall be extended to **September 24, 2015**;

(b)    The initial expert disclosure deadline of June 24, 2015, shall be extended to **July 24, 2015**;

(c)    The rebuttal expert disclosure deadline of July 24, 2015, shall be extended to **August 24, 2015**;

(d)    The date for filing motions to amend the pleadings or to add parties of May 25, 2015, shall be extended to **June 24, 2015**;

(e)    The Interim Status Report due date of June 25, 2015, shall be extended to **July 24, 2015**;

(f)    The deadline to file all pretrial motions, including but not limited to discovery motions, motions to dismiss, motions for summary judgment and dispositive motions of September 24, 2015, shall be extended to **October 26, 2015**;

STIPULATION AND ORDER TO ENLARGE TIME TO COMPLETE DISCOVERY (SIXTH REQUEST)

JUDD J. BALMER, ESQ., LTD.
*A Nevada Professional Corporation*

(g) The deadline to submit the Joint Pretrial Order of October 26, 2015, shall be extended to **November 25, 2015**; and

(h) The last day for the parties to file a motion and/or stipulation to extend discovery of August 20, 2015, shall be extended to **September 21, 2015**.

E. **CURRENT TRIAL DATE:**

There has not been a trial date set for this matter.

WHEREFORE, the parties hereto respectfully request that this Court enter an Order extending the current discovery dates for a period of thirty (30) days.

| | |
|---|---|
| DATED this 5th day of June, 2015.<br><br>JUDD J. BALMER, ESQ., LTD.<br>*A Nevada Professional Corporation*<br><br>By:    /s/ Judd J. Balmer<br>        JUDD J. BALMER, ESQ.<br>        Nevada Bar No. 006212<br>        1489 W. Warm Springs Rd., Ste. 110<br>        Henderson, Nevada 89014<br>        *Attorneys for Defendants Matthew Cathcart & Cheryle Cathcart* | DATED this 19th day of June, 2015.<br><br>OLSON CANNON GORMLEY ANGULO & STOBERSKI<br><br>By:    /s/ Walter R. Cannon<br>        WALTER R. CANNON, ESQ.<br>        Nevada Bar No. 001505<br>        9950 WEST CHEYENNE AVE.<br>        Las Vegas, Nevada 89129<br>        *Attorneys for Plaintiff UNIVERSAL NORTH AMERICA INSURANCE COMPANY* |
| DATED this 19th day of June, 2015.<br><br>THORNDALL ARMSTRONG DELK BALKENBUSH & EISINGER<br><br>By:    /s/ Douglas J. Duesman<br>        Douglas J. Duesman, Esq.<br>        Nevada Bar No. 010341<br>        1100 E. Bridger Avenue<br>        Las Vegas, Nevada 89101<br>        *Attorneys for Third-Party Defendant American Residential Services, LLC, d/b/a Yes! Plumbing* | DATED this 19th day of June, 2015.<br><br>MCKAY ROBBINS<br><br>By:    /s/ Robert T. Robbins<br>        Robert T. Robbins, Esq.<br>        Nevada Bar No. 006109<br>        3295 N. Fort Apache Rd., Ste. 150<br>        Las Vegas, Nevada 89129<br>        *Attorneys for Third-Party Defendant 24 Black Industries, LLC, d/b/a Absolute Flood Response & Construction* |
| DATED this ____ day of June, 2015.<br><br>RESNICK & LOUIS, P.C.<br><br>By:    /s/ Jenny L. Foley<br>        Jenny L. Foley, Esq.<br>        Nevada Bar No. 009017<br>        6600 W. Charleston Blvd., Ste. 117A<br>        Las Vegas, Nevada 89146<br>        *Attorneys for Third-Party Defendant CRS Temporary Housing* | **IT IS SO ORDERED:**<br><br>*/s/ George Foley Jr.*<br>_____<br>**GEORGE FOLEY, JR.**<br>**United States Magistrate Judge**<br><br>**Dated:  June 30, 2015** |

STIPULATION AND ORDER TO ENLARGE TIME TO COMPLETE DISCOVERY (SIXTH REQUEST)