# EXHIBIT 5

```
NOTC
```
**JUDD J. BALMER, ESQ.**
NEVADA BAR NO. 006212
**JUDD J. BALMER, ESQ., LTD.**
*A Nevada Professional Corporation*
6362 McLeod Drive, Suite 6
Las Vegas, Nevada 89120
T: (702) 642-4200
F: (702) 642-4300
E: jbalmer@balmerlawfirm.com
*Attorneys for Defendant MATTHEW A. CATHCART
and CHERYLE T. CATHCART*

### UNITED STATES DISTRICT COURT
### DISTRICT NEVADA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, | Case No.: 2:13-cv-01767-RCJ-GWF |
| Plaintiff, | |
| vs. | |
| MATTHEW A. CATHCART, individually; CHERYLE T. CATHCART, individually; and JOHN DOES 1-100, inclusive, and JANE ROES 1-20, inclusive, | |
| Defendants. | |

### AMENDED NOTICE OF TAKING DEPOSITION

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE Defendants/Counterclaimants/Third-Party Plaintiffs MATTHEW A. CATHCART and CHERYLE T. CATHCART will take the deposition of the following witness on the date and time below:

| DEPONENT | DATE | TIME |
|---|---|---|
| FRCP 30(b)(6) Witness for Universal North America Insurance Company | February 26, 2016 | 9:00 AM |

- 1 -

AMENDED NOTICE OF TAKING DEPOSITION

1  Said deposition will take place at 6362 McLeod Drive, Suite 6, Las Vegas, Nevada 89120, upon oral examination, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public or before some other officer authorized by law to administer oaths. The deponents are required to bring the following items to their deposition:

1. Universal North America Insurance Company's entire claims file for this case;

2. All correspondence; including emails and electronic data, regarding this case;

3. Deponent's current resume or curriculum vitae; **and**

4. All Universal North America Insurance Company's claims manuals utilized in the investigation, adjustment, and handling of the claims involved in this action.

You are invited to attend and cross-examine.

DATED this 18th day of February, 2016.

        JUDD J. BALMER, ESQ., LTD.
        *A Nevada Professional Corporation*

    By:  /s/ Judd J. Balmer
        JUDD J. BALMER, ESQ.
        Nevada Bar No. 006212
        6362 McLeod Drive, Suite 6
        Las Vegas, Nevada 89120
        T: (702) 642-4200
        F: (702) 642-4300
        E: jbalmer@balmerlawfirm.com
        *Attorneys for CATHCARTS*

## CERTIFICATE OF SERVICE

I am an employee of the Law Firm of Judd J. Balmer, Esq., Ltd., in the County of Clark, State of Nevada. I am over the age of 18, and not a party to the within action. My business address is 6362 McLeod Drive, Suite 6, Las Vegas, Nevada 89120.

On the date indicated below, I served the foregoing document(s) described as: **AMENDED NOTICE OF TAKING DEPOSITION** on the interested parties as follows:

WALTER R. CANNON, ESQ.
OLSON CANNON GORMLEY ANGULO & STOBERSKI
9950 WEST CHEYENNE AVE.
Las Vegas, Nevada 89129
Fax: (702) 383-0701
E-mail: wcannon@ocgas.com
*Attorneys for Plaintiff UNIVERSAL NORTH AMERICA INSURANCE COMPANY*

[ ] **BY MAIL)** On the ___ day of _____, 2016, I placed the document(s) in sealed envelope(s) addressed as set forth above and caused such envelope(s) to be deposited in the mail in Clark County, Nevada. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business.

[ ] **(BY OVERNIGHT MAIL)** On the ___ day of _____, 2016, I placed the document(s) in sealed envelope(s) addressed accordingly and caused such envelope(s) to be deposited in the delivery box regularly maintained by OVERNITE EXPRESS, in an envelope package designated by OVERNITE EXPRESS with delivery fees paid or provided for addressed as set forth above.

[X] **(BY FACSIMILE SERVICE)** On the 18th day of February, 2016, from facsimile machine telephone number (702) 642-4300, I caused the above-listed document(s) to be transmitted by facsimile to the person(s) and number(s) listed above, and that transmission was reported as complete and without error.

[ ] **(BY ELECTRONIC SERVICE)** On the ___ day of _____, 2016, the foregoing document was served on All Parties on the E-Service List.

I declare under penalty of perjury under the laws of the state of Nevada that the foregoing is true and correct.

Executed this 18th day of February, 2016, at Las Vegas, Nevada.

/s/ Jessica A. Lopez
An Employee of Judd J. Balmer, Esq., Ltd.

- 3 -

AMENDED NOTICE OF TAKING DEPOSITION

513384000                                                                P.01/01
TRANSACTION REPORT
                                                          FEB/18/2016/THU 11:51 AM

'AX(TX)
| #   | DATE   | START T. | RECEIVER   | COM.TIME | PAGE | TYPE/NOTE  | FILE     |
|-----|--------|----------|------------|----------|------|------------|----------|
| 001 | FEB/18 | 11:50AM  | 7023830701 | 0:00:38  | 3    | MEMORY  OK | SG3 6760 |

```
 1 | NOTC
   | JUDD J. BALMER, ESQ.
 2 | NEVADA BAR NO. 006212
   | JUDD J. BALMER, ESQ., LTD.
 3 | A Nevada Professional Corporation
   | 6362 McLeod Drive, Suite 6
 4 | Las Vegas, Nevada 89120
   | T: (702) 642-4200
 5 | F: (702) 642-4300
   | E: jbalmer@balmerlawfirm.com
 6 | Attorneys for Defendant MATTHEW A. CATHCART
   | and CHERYLE T. CATHCART
 7 |
 8 |           UNITED STATES DISTRICT COURT
   |                 DISTRICT NEVADA
 9 |
10 | UNIVERSAL NORTH AMERICA        )
   | INSURANCE COMPANY,             )   Case No.: 2:13-cv-01767-RCJ-GWF
11 |                                )
   |            Plaintiff,          )
12 | vs.                            )
   |                                )
13 |                                )
   | MATTHEW A. CATHCART, individually; )
14 | CHERYLE T. CATHCART, individually; and )
   | JOHN DOES 1-100, inclusive, and JANE )
15 | ROES 1-20, inclusive,          )
   |                                )
16 |                                )
   |            Defendants.         )
17 |                                )
18 |         AMENDED NOTICE OF TAKING DEPOSITION
19 | TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD
20 |       TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:
21 |       PLEASE TAKE NOTICE Defendants/Counterclaimants/Third-Party Plaintiffs
22 | MATTHEW A. CATHCART and CHERYLE T. CATHCART will take the deposition of the
23 | following witness on the date and time below:
24 |
25 |              DEPONENT                    DATE              TIME
26 | FRCP 30(b)(6) Witness for Universal North    February 26, 2016    9:00 AM
```