# EXHIBIT 8



**CRS** Temporary Housing

## Hotel Confirmation

| | | | |
|---|---|---|---|
| Date: | July 14, 2012 | | |
| To: | Jim Ketcham | From: | Alisha Johnson |
| Company: | Universal North America Claims | Phone: | |
| Fax: | (866) 465-1759 | | |

Regarding: Matthew and Cheryle Cathcart
Claim #: 1201NV24000202  CRS ID: 253979

Per your request, we have located a hotel for Matthew and Cheryle Cathcart at Holiday Inn.

| Room | Check-In | Estimated Check-Out | Daily Rate |
|---|---|---|---|
| 1 | 07-14-2012 | 07-26-2012 | $99.68 |

| Total One-Time Charges | Fee Type |
|---|---|
| $25.00 | Pet Fee |

CRS hotel management fee will be reflected on your invoice.

This is not an invoice. Actual invoice will follow. CRS automatically bills at the end of the hotel stay or monthly if stay exceeds thirty days. **Payment is due upon receipt of invoice and payments must be made directly to CRS Temporary Housing. CRS cannot coordinate this hotel stay if payment is not being received directly from Universal North America Claims.**

Courtesy reminder: If a temporary stay is needed for more than three weeks, it is likely that a CRS representative could locate temporary housing which would be more cost effective than a hotel stay. Please contact us if your needs change.


**CRS** Temporary Housing

Tel: (800) 968-0848
Fax: (800) 659-2727
Tax ID: 20-8134444

# INVOICE

| | |
|---|---|
| Number: | HB009011 |
| Date: | 07/27/2012 |
| Due Date: | 08/16/2012 |

**Bill To**

Jim Ketcham
Universal North America Claims
101 Arthur Anderson Way
Sarasota, FL 34232
PH: (941) 378-8851       FAX: (866) 465-1759

**Claim Information**

| | |
|---|---|
| Claim: | 1201NV24000202 |
| Policyholder: | Matthew and Cheryle Cathcart |
| Terms: | Net 20 Days |
| CRS ID: | 253979 |
| Customer ID: | 92060 |

| Invoice Detail | Amount |
|---|---|
| Hampton Inn Jul 13-24, 2012 (12 days@$109.65) | $1,315.80 |
| Holiday Inn Jul 14, 2012 (1 day@$109.65) | $109.65 |
| Hotel Pet Fee | $25.00 |
| **Total** | **$1,450.45** |

**Important:**
- Remit Payment to CRS Temporary Housing, DEPT 2020, P.O.Box 29675, Phoenix, AZ 85038
- A late fee may be assessed on past due balances
- Track the status of all your claims at www.placetrak.com

In accordance with Federal Reserve Board guidelines, checks sent to us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.

Thank you for choosing CRS!


**CRS**
Temporary Housing

Tel: (800) 968-0848
Fax: (800) 659-2727
Tax ID: 20-8134444

# INVOICE

Number: HB015067
Date: 12/06/2012
Due Date: 12/26/2012

| Bill To | Claim Information | |
|---|---|---|
| Jim Ketcham<br>Universal North America Claims<br>101 Arthur Anderson Way<br>Sarasota, FL 34232<br>PH: (941) 378-8851    FAX: (866) 465-1759 | Claim:<br>Policyholder:<br>Terms:<br>CRS ID:<br>Customer ID: | 1201NV24000202<br>Matthew and Cheryle Cathcart<br>Net 20 Days<br>253979<br>92060 |

| Invoice Detail | Amount |
|---|---|
| Hampton Inn Nov 13-30, 2012 (18 days@$146.61) | $2,638.98 |
| **Total** | **$2,638.98** |

Important:
- Remit Payment to CRS Temporary Housing, DEPT 2020, P.O.Box 29675, Phoenix, AZ 85038
- A late fee may be assessed on past due balances
- Track the status of all your claims at www.placetrak.com

In accordance with Federal Reserve Board guidelines, checks sent to us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.

Thank you for choosing CRS!

UNAIC000214


**CRS**
Temporary Housing

Tel: (800) 968-0848
Fax: (800) 659-2727
Tax ID: 20-8134444

# INVOICE

Number: HB019691
Date: 03/11/2013
Due Date: 03/31/2013

| Bill To | Claim Information | |
|---|---|---|
| Jim Ketcham<br>Universal North America Claims<br>101 Arthur Anderson Way<br>Sarasota, FL 34232<br>PH: (941) 378-8851   FAX: (866) 465-1759 | Claim:<br>Policyholder:<br>Terms:<br>CRS ID:<br>Customer ID: | 1201NV24000202<br>Matthew and Cheryle Cathcart<br>Net 20 Days<br>253979<br>92060 |

| Invoice Detail | Amount |
|---|---|
| Hampton Inn Mar 1-6, 2013 (6 days@$146.61) | $879.66 |
| **Total** | **$879.66** |

Thank you for choosing CRS!

- Remit Payment to:   CRS Temporary Housing
　　　　　　　　　　　PO Box 29675
　　　　　　　　　　　Dept. 2020
　　　　　　　　　　　Phoenix, AZ 85038-9675
- A late fee may be assessed on past due balances
- Track the status of all your claims at www.placetrak.com

In accordance with Federal Reserve Board guidelines, checks sent to us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.

UNAIC000215

Fm:Jacquelyn Bane    To:Jim Ketcham (18664651759)                    13:28 03/15/13 EST Pg 1-1



**CRS**
Temporary Housing*
800.968.0048 Tel
800.659.2727 Fax
www.crstemphousing.com

## Hotel Confirmation

Date:      March 15, 2013
To:        Jim Ketcham                          From:   Tabitha Winman
Company:   Universal North America Claims        Phone:  (800) 968-0848
Fax:       (866) 465-1759

Regarding: Matthew and Cheryle Cathcart
Claim #: 1201NV24000202  CRS ID: 253979

Per your request, we have located a hotel for Matthew and Cheryle Cathcart at TownePlace Suites.

| Room | Check-In | Estimated Check-Out | Daily Rate |
|------|----------|---------------------|------------|
| 1 | 03-18-2013 | 04-08-2013 | $155.68 |

| Total One-Time Charges | Fee Type |
|------------------------|----------|
| $100.00 | Pet Fee |

This is not an invoice. The actual invoice will follow and reflect the CRS hotel management fee. CRS will automatically bill at the end of the hotel stay or monthly should the stay exceed 30 days. Payment is due upon receipt of invoice and payments must be made directly to CRS Temporary Housing. CRS cannot coordinate this hotel stay if payment is not being received directly from Universal North America Claims.

Courtesy reminder: Should the policyholder require a stay for more than 14 days, it is likely that CRS could locate temporary housing which is typically more cost effective. **Please contact us immediately to grant your approval in order to take advantage of this cost savings.**

Cancellation fees may apply if the reservation isn't fulfilled or cancelled less than 24 hours prior to check-in.

UNAIC000216

Fm:Jacquelyn Bane   To:Jim Ketcham (18664651759)                         15:49 03/18/13 EST Pg 1-1



**CRS**
Temporary Housing
800.968.0848 Tel
800.659.2727 Fax
www.crstemphousing.com

# Hotel Confirmation

Date:     March 18, 2013
To:       Jim Ketcham                    From:   Tabitha Winman
Company:  Universal North America Claims  Phone:  (800) 968-0848
Fax:      (866) 465-1759

Regarding: Matthew and Cheryle Cathcart
Claim #: 1201NV24000202   CRS ID: 253979

Per your request, we have located a hotel for Matthew and Cheryle Cathcart at TownePlace Suites.

| Room | Check-In   | Estimated Check-Out | Daily Rate |
|------|------------|---------------------|------------|
| 1    | 03-18-2013 | 04-05-2013          | $155.68    |

| Total One-Time Charges | Fee Type |
|------------------------|----------|
| $100.00                | Pet Fee  |

This is not an Invoice. The actual invoice will follow and reflect the CRS hotel management fee. CRS will automatically bill at the end of the hotel stay or monthly should the stay exceed 30 days. Payment is due upon receipt of invoice and payments must be made directly to CRS Temporary Housing. CRS cannot coordinate this hotel stay if payment is not being received directly from Universal North America Claims.

Courtesy reminder: Should the policyholder require a stay for more than 14 days, it is likely that CRS could locate temporary housing which is typically more cost effective. **Please contact us immediately to grant your approval in order to take advantage of this cost savings.**

Cancellation fees may apply if the reservation isn't fulfilled or cancelled less than 24 hours prior to check-in.

UNAIC000217

# Quote



**CRS** Temporary Housing
800.968.0848 *Tel*
800.659.2727 *Fax*
www.crstemphousing.com

| | | | |
|---|---|---|---|
| Date: | Friday, March, 22, 2013 | | |
| To: | Jim Ketcham | Policyholder: | Matthew and Cheryle Cathcart |
| Company: | Universal North America Claims | Claim #: | 1201NV24000202 |
| Phone: | (941) 378-8851 | PlaceTrak® ID: | 253979 |
| Fax: | (866) 465-1759 | | |

The policyholder has selected a 4 bedroom property. The property is move-in ready with all furniture, appliances, housewares and utilities. The property includes electric, gas, water/sewer/trash with a $300 usage cap. The insured is responsible for any amount over the cap.

Total monthly rental price: $4,620.25

Move-in is tentatively scheduled for Tuesday, March 26, 2013.

| | |
|---|---|
| Rental Period March 26 - 31, 2013: | $924.05 |
| April 1 - May 31, 2013: | $9,240.50 |
| Refundable security deposit: | $2,700.00 |
| Delivery Fee: | $330.00 |
| Total: | $13,194.55 |

This is NOT an invoice; an actual invoice will follow upon receipt of approval. The first invoice will include the billing preference listed below. Standard terms include the first prorated month, the first full month, and all approved deposits and/or fees. **Your payment terms are Net 20 Days.** Payment must be made directly to CRS Temporary Housing. Any amount that cannot be paid directly to CRS Temporary Housing by Universal North America Claims requires pre-payment which can delay the move in.

Billing preference:   Universal North America Claims will pay:
____ Entire amount   _X_ Refundable deposit and non-refundable fee(s)
_X_ Standard        ____ Non-refundable fee(s) only
____ 3 months       ____ Refundable deposit only
____ 6 months       ____ Neither refundable deposit nor non-refundable fee(s)

Return deposit to:
_X_ Universal North America Claims
____ Matthew and Cheryle Cathcart

_____            _____
Signature                                              Date

Signature: *Rick clauson*
Rick clauson (Mar 25, 2013)

Email: rclauson@uihna.com

Company: Universal Insurance Company


**CRS**
Temporary Housing™
Tel: (800) 968-0848
Fax: (800) 659-2727
Tax ID: 20-8134444

# INVOICE

| | |
|---|---|
| Number: | HI62496 |
| Date: | 03/25/2013 |
| Due Date: | 04/14/2013 |

| Bill To | Claim Information | |
|---|---|---|
| Rick Clauson<br>Universal North America Claims<br>101 Arthur Anderson Way<br>Sarasota, FL 34232<br>PH: (888) 877-0770    FAX: (866) 465-1759 | Claim:<br>Policyholder:<br>Terms:<br>CRS ID:<br>Customer ID: | 1201NV24000202<br>Matthew and Cheryle Cathcart<br>Net 20 Days<br>253979<br>98594 |

| Invoice Detail | Amount |
|---|---|
| Rental Period March 27 - 31, 2013 | $792.04 |
| Rental Period April 01 - 30, 2013 | $4,752.25 |
| Refundable Security Deposit | $2,700.00 |
| Delivery Fee | $330.00 |
| **Total** | **$8,574.29** |

Thank you for choosing CRS!

- Remit Payment to:   CRS Temporary Housing
　　　　　　　　　　 PO Box 29675
　　　　　　　　　　 Dept. 2020
　　　　　　　　　　 Phoenix, AZ 85038-9675
- A late fee may be assessed on past due balances
- Track the status of all your claims at www.placetrak.com

In accordance with Federal Reserve Board guidelines, checks sent to us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.

UNAIC000220


**CRS**
Temporary Housing®

Tel: (800) 968-0848
Fax: (800) 659-2727
Tax ID: 20-8134444

# INVOICE

Number: HB020305
Date: 03/29/2013
Due Date: 04/18/2013

| Bill To | Claim Information | |
|---|---|---|
| Rick Clauson<br>Universal North America Claims<br>101 Arthur Anderson Way<br>Sarasota, FL 34232<br>PH: (888) 877-07706    FAX: (866) 465-1759 | Claim:<br>Policyholder:<br>Terms:<br>CRS ID:<br>Customer ID: | 1201NV24000202<br>Matthew and Cheryle Cathcart<br>Net 20 Days<br>253979<br>98594 |

| Invoice Detail | Amount |
|---|---|
| Hampton Inn Mar 7-17, 2013 (11 days@$109.65) | $1,206.15 |
| Residence Inn Mar 13, 2013 (1 day@$183.57) | $183.57 |
| Hotel Pet Fee | $50.00 |
| TownePlace Suites Mar 17-26, 2013 (10 days@$171.25) | $1,712.50 |
| Hotel Pet Fee | $100.00 |
| **Total** | **$3,252.22** |

Thank you for choosing CRS!

- Remit Payment to:   CRS Temporary Housing
  PO Box 29675
  Dept. 2020
  Phoenix, AZ 85038-9675
- A late fee may be assessed on past due balances
- Track the status of all your claims at www.placetrak.com

In accordance with Federal Reserve Board guidelines, checks sent to us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.



**CRS** Temporary Housing®
Tel: (800) 968-0848
Fax: (800) 659-2727
Tax ID: 20-8134444

# INVOICE

| | |
|---|---|
| Number: | HI63434 |
| Date: | 04/04/2013 |
| Due Date: | 04/24/2013 |

| Bill To: |
|---|
| Rick Clauson |
| Universal North America Claims |
| 101 Arthur Anderson Way |
| Sarasota, FL 34232 |
| PH: (888) 877-0770     FAX: (866) 465-1759 |

| Claim Information | |
|---|---|
| Claim: | 1201NV24000202 |
| Policy Holder: | Matthew and Cheryle Cathcart |
| Terms: | Net 20 Days |
| CRS ID: | 253979 |
| Customer ID: | 98594 |

| Invoice Detail | Amount |
|---|---|
| Rental Period May 01 - 31, 2013 | $4,752.25 |
| **Total** | **$4,752.25** |

Thank you for choosing CRS!
- Remit Payment to:   CRS Temporary Housing
  PO Box 29675
  Dept. 2020
  Phoenix, AZ 85038-9675
- A late fee may be assessed on past due balances
- Track the status of all your claims at www.placetrak.com

In accordance with Federal Reserve Board guidelines, checks sent to us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment

UNAIC000222

[X] CRS Logo

info@crstemphousing.com
Fax:   (800) 659-2727
Tax ID: 20-8134444

# STATEMENT

Date:           April 23, 2013
Claim No:       1201NV24000202
Policyholder:   Matthew and Cheryle Cathcart
CRS ID:         253979
Customer ID:    92060

**BILL TO:**
Jim Ketcham
Universal North America Claims
101 Arthur Anderson Way
Sarasota, FL 34232
Phone: (941) 378-8851
Fax: (866) 465-1759

| SUMMARY OF ACTIVITIES: | |
|---|---|
| Previous Balance: | $0.00 |
| Charges: | $34,742.75 |
| Payments: | $17,284.33 |
| Credits: | $0.00 |
| Balance: | $17,458.42 |

## ACTIVITY DETAIL

### Charges

| Date | Invoice # | Description | Amount | Total |
|---|---|---|---|---|
| 07-27-12 | HB009011 | Hampton Inn Jul 13-24, 2012 (12 days@$109.65) | $1,315.80 | |
| | | Holiday Inn Jul 14, 2012 (1 day@$109.65) | $109.65 | |
| | | Hotel Pet Fee | $25.00 | $1,450.45 |
| 12-06-12 | HB015067 | Hampton Inn Nov 13-30, 2012 (18 days@$146.61) | $2,638.98 | $2,638.98 |
| 01-07-13 | HB016404 | Hampton Inn Dec 1-31, 2012 (31 days@$146.61) | $4,544.91 | $4,544.91 |
| 02-05-13 | HB017784 | Hampton Inn Jan 1-31, 2013 (31 days@$146.61) | $4,544.91 | $4,544.91 |
| 03-05-13 | HB019165 | Hampton Inn Feb 1-28, 2013 (28 days@$146.61) | $4,105.08 | $4,105.08 |
| 03-11-13 | HB019691 | Hampton Inn Mar 1-6, 2013 (6 days@$146.61) | $879.66 | $879.66 |
| 03-25-13 | HI62496 | Rental Period March 27 - 31, 2013 | $792.04 | |
| | | Rental Period April 01 - 30, 2013 | $4,752.25 | |
| | | Refundable Security Deposit | $2,700.00 | |
| | | Delivery Fee | $330.00 | $8,574.29 |
| 03-29-13 | HB020305 | Hampton Inn Mar 7-17, 2013 (11 days@$109.65) | $1,206.15 | |
| | | Residence Inn Mar 13, 2013 (1 day@$183.57) | $183.57 | |
| | | Hotel Pet Fee | $50.00 | |
| | | TownePlace Suites Mar 17-26, 2013 (10 days@$171.25) | $1,712.50 | |
| | | Hotel Pet Fee | $100.00 | $3,252.22 |
| 04-04-13 | HI63434 | Rental Period May 01 - 31, 2013 | $4,752.25 | $4,752.25 |
| | | | Total Charges: | $34,742.75 |

### Payments

| Date | Check # | Total |
|---|---|---|
| 08-03-12 | 340030558 | $1,450.45 |
| 12-31-12 | 340034820 | $2,638.98 |
| 02-05-13 | 340035735 | $4,544.91 |
| 02-12-13 | 340035898 | $4,544.91 |
| 03-12-13 | 340036501 | $4,105.08 |
| | Total Payments: | $17,284.33 |

**Credits**

| Date | Invoice # | Description | Amount | Total |
|------|-----------|-------------|--------|-------|
|      |           |             |        | $0.00 |
|      |           |    Total Credits: |    | $0.00 |

Thank you for choosing CRS Temporary Housing!


CRS Temporary Housing™
Tel: (800) 968-0848
Fax: (800) 659-2727
Tax ID: 20-8134444

# INVOICE

| | |
|---|---|
| Number: | HI65312 |
| Date: | 05/31/2013 |
| Due Date: | 06/20/2013 |

**Bill To**

Jim Ketcham
Universal North America Claims
101 Arthur Anderson Way
Sarasota, FL 34232
PH: (888) 877-0770     FAX: (866) 465-1759

**Claim Information**

| | |
|---|---|
| Claim: | 1201NV24000202 |
| Policyholder: | Matthew and Cheryle Cathcart |
| Terms: | Net 20 Days |
| CRS ID: | 253979 |
| Customer ID: | 92060 |

| Invoice Detail | Amount |
|---|---|
| Rental Period June 01 - 30, 2013 | $4,752.25 |
| **Total** | **$4,752.25** |

Thank you for choosing CRS!

- Remit Payment to:    CRS Temporary Housing
                       PO Box 29675
                       Dept. 2020
                       Phoenix, AZ 85038-9675
- A late fee may be assessed on past due balances
- Track the status of all your claims at www.placetrak.com

In accordance with Federal Reserve Board guidelines, checks sent to us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.

UNAIC000225

Statement                                                                                                               Page 1 of 2

| | STATEMENT | Date: | May 31, 2013 |
| --- | --- | --- | --- |
| CRS Logo | | Claim No: | 1201NV24000202 |
| info@crstemphousing.com | | Policyholder: | Matthew and Cheryle Cathcart |
| Fax:  (800) 659-2727 | | CRS ID: | 253979 |
| Tax ID: 20-8134444 | | Customer ID: 92060 | |

| BILL TO: |
| --- |
| Jim Ketcham |
| Universal North America Claims |
| 101 Arthur Anderson Way |
| Sarasota, FL 34232 |
| Phone: (941) 378-8851 |
| Fax: (866) 465-1759 |

| SUMMARY OF ACTIVITIES: | |
| --- | --- |
| Previous Balance: | $0.00 |
| Charges: | $34,742.75 |
| Payments: | $42,696.67 |
| Credits: | $0.00 |
| Balance: | $-7,953.92 |

### ACTIVITY DETAIL

**Charges**

| Date | Invoice # | Description | Amount | Total |
| --- | --- | --- | --- | --- |
| 07-27-12 | HB009011 | Hampton Inn Jul 13-24, 2012 (12 days@$109.65) | $1,315.80 | |
| | | Holiday Inn Jul 14, 2012 (1 day@$109.65) | $109.65 | |
| | | Hotel Pet Fee | $25.00 | $1,450.45 |
| 12-06-12 | HB015067 | Hampton Inn Nov 13-30, 2012 (18 days@$146.61) | $2,638.98 | $2,638.98 |
| 01-07-13 | HB016404 | Hampton Inn Dec 1-31, 2012 (31 days@$146.61) | $4,544.91 | $4,544.91 |
| 02-05-13 | HB017784 | Hampton Inn Jan 1-31, 2013 (31 days@$146.61) | $4,544.91 | $4,544.91 |
| 03-05-13 | HB019165 | Hampton Inn Feb 1-28, 2013 (28 days@$146.61) | $4,105.08 | $4,105.08 |
| 03-11-13 | HB019691 | Hampton Inn Mar 1-6, 2013 (6 days@$146.61) | $879.66 | $879.66 |
| 03-25-13 | HI62496 | Rental Period March 27 - 31, 2013 | $792.04 | |
| | | Rental Period April 01 - 30, 2013 | $4,752.25 | |
| | | Refundable Security Deposit | $2,700.00 | |
| | | Delivery Fee | $330.00 | $8,574.29 |
| 03-29-13 | HB020305 | Hampton Inn Mar 7-17, 2013 (11 days@$109.65) | $1,206.15 | |
| | | Residence Inn Mar 13, 2013 (1 day@$183.57) | $183.57 | |
| | | Hotel Pet Fee | $50.00 | |
| | | TownePlace Suites Mar 17-26, 2013 (10 days@$171.25) | $1,712.50 | |
| | | Hotel Pet Fee | $100.00 | $3,252.22 |
| 04-04-13 | HI63434 | Rental Period May 01 - 31, 2013 | $4,752.25 | $4,752.25 |
| | | | Total Charges: | $34,742.75 |

**Payments**

| Date | Check # | Total |
| --- | --- | --- |
| 08-03-12 | 340030558 | $1,450.45 |
| 12-31-12 | 340034820 | $2,638.98 |
| 02-05-13 | 340035735 | $4,544.91 |
| 02-12-13 | 340035898 | $4,544.91 |
| 03-12-13 | 340036501 | $4,105.08 |
| 04-23-13 | 340037203 | $3,252.22 |
| 04-23-13 | 340037202 | $8,574.29 |
| 04-23-13 | 340037204 | $879.66 |
| 05-02-13 | 340037829 | $12,706.17 |
| | Total Payments: | $42,696.67 |

Statement                                                                                       Page 2 of 2

**Credits**

| Date | Invoice # | Description | Amount | Total |
|------|-----------|-------------|--------|-------|
|      |           |             |        | $0.00 |
|      |           |   Total Credits: |   | $0.00 |

Thank you for choosing CRS Temporary Housing!